

**ORDERED in the Southern District of Florida on February 19, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   All Pro Plumbing and Backflow, Corp.          Case No: 17-24778-AJC
                                                       Chapter 7

            Debtor(s)            /

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD

**THIS MATTER** having come to be heard on  February 19, 2019 at 10:30 AM  upon hearing on Debtor's Counsel's Motion to Withdraw as Attorney of Record [ECF# 21 ], IT IS;

**ORDERED AND ADJUDGED:**

1. Debtor's Counsel's Motion to Withdraw as Attorney of Record is GRANTED.

2. Robert Sanchez, Esq. is hereby relieved of further responsibility in this case.

3. All future correspondence regarding this case is to be served on Debtor, through the Debtor's corporate representative, at the following address:

    **All Pro Plumbing & Backflow, Corp.,
    c/o Gabriel Velazquez,
    8075 NW 7th Street #104,
    Miami, FL 33126-4061**

4. The corporate Debtor is required to obtain new counsel within 7 days from the date of this Order or the case will be dismissed for failure to do so.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties.