

**ORDERED in the Southern District of Florida on March 1, 2019.**

	_A. Jay Cristol_
	**A. Jay Cristol, Judge**
	**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO: 17-24778-AJC |
| ALL PRO PLUMBING AND BACKFLOW, CORP., | Chapter 7 |
| Debtor. | |
| _____/ | |

### ORDER DISMISSING CASE

**THIS MATTER** came before the Court *sua sponte*. On February 20, 2019 the Court held a hearing on Motion to Withdraw as Attorney of Record [ECF#21] after which the Court entered Order Granting Motion to Withdraw as Attorney of Record [ECF 24] which states, in pertinent part: "4. The corporate Debtor is required to obtain new counsel within 7 days from the date of this Order or the case will be dismissed for failure to do so." Debtor has failed to comply with the Court's order by obtaining new counsel within the time prescribed. The Court being fully advised, it is

	**ORDERED**:

	The case is dismissed with prejudice for 180 days.

	# # #

Copy to: All parties of record by the Clerk of the Court.